[Court of Criminal Appeals of Texas]

81,352-03

EX PARTE
ALLEN PENA
PETITIONER;

V.

THE STATE OF TEXAS
RESPONDENT;

[C.C.A.] No.] [WR-81,352-03.];

[TRIAL] COURT] CAUSE NO.] [11-CR-3337-6 [37.]

[CLERK];

[1] [PLEASE; [ADVISE] ... the court., the" PETITIONER"- IS"- [CURRANTly"...
[IN" -[A]"- [2254] -[federal] PROCEEDING"... IN;

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION.

[AND"- [SUCH"-[ALLOWS", [the" PLAINTIFF"- [TO"- [INDEQUATELY "-[litigate"...
[WITHIN; SAID" COURT ... INORDER TO PROCEDURAL EXHAUST; SAID" GROUND IN THE"
[ABOVE" [C.C.A] NO.]

[2.] PLEASE"- [FILE]; AND PRESENT ... the ENCLOSED LEGAL MOTIONS ...

[TO"... THE" COURT; AND"- [ISSUE] ... THE" PETITIONER" ; [NOTICE] ... OF SUCH.

[3.] PLEASE" FILE PETITIONER'S" MOTIONS PURSUANT TO INMATE MAILING;
[28 U.S.C. § 1746]

[ENDORSE PROOF OF SERVICE]
RETURN SERVICE REQUESTED]

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 2-11-15
BY: PC

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. NO. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C. § 1746] EXECUTED ON: 01-26-15

i

WR-81,352-03;
[C.C.A.] No. ;

11-CR-3337-G [3];
[TRIAL] COURT [CAUSE No. ;

Court of Criminal Appeals
of Texas

EX PARTE
ALLEN PENA
PETITIONER / Plaintiff ;

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT ;

MOTION FOR MANDATING A PROCEDURAL
ASSERTIVENESS OF UNCONSTITUTIONAL
GROUNDS THAT WILL ADEQUATELY GOVERN
A MOTION TO VACATE, SET' ASIDE, OR
CORRECT, THE SENTENCE - [IN WHICH -
WILL - [INCORPORATE] A MOTION TO AMEND. ;

[ORDER OF AUTHORITY ; [28 U.S.C. § 2255] ] ;

[FED. R. CIV. P. 15, [B], [2] ]

x PARTE

[...]en PENA
[...]aintiff / petitioner

[...]efendant / Respondent,
THE State of ☒TEXAS

## [I. GENUINE"][MATERIAL] FACT" - ISSUES]

[A] [IN" the [PRESENT] [...] HABEAS' petition , plaintiff"-[CLEARLy]"points-out] the [plain]ERRORS]- on" [Behalf" of"; [AN]-[ILLEGAl[RESTRAINT] , AND"-[A]violation] of"; [SUBSTANTIAl] RIGHTS] , AND"-[SUCH]-[plain]ERRORS] [ARE"-[inFACT]...; [ILLEGAl [ACTS]-[that"... ARE" WRONGfully"-[ILLEGAlly] oppressing] the petitioner -[AND" [SUCH"... REFLECTS-[A] SEVERE] ; [injury]... To the united States [Constitution] , AND"-[thus" Constitutes ; [A] GRAVE]... misCARRIAGE of"; [JUSTICE]... WHICH"-[is"... RESULTING"-[into]... [A]-[fundamental]Constitutional] ERROR], AND"-[SUCH]... is"-[the"-[only "... question...[that" MATTERS ; [I fundamental] unfairness ?] - [under" the [Bylaw-] provisions]-pursuant...To ; [I 28 U.S.C. § 2254. [d].

[SEE; [HARRINGTON V. RiCHTER , 131 S.Ct. 770, 785 [2011] ; [quoting] -/[TERRY] ; WILLIAMS V.TAYLOR, 529 [ U.S. 362, 412 [2000] . [28 U.S.C. § 2254. [d]. [WEST] [2011].
[SEE; [RiCHTER , 131 S.Ct. [At] 786.
[SEE; [RiCHTER, 131 S.Ct. [At] 786-87.
[SEE; [28 U.S.C. § 2254. [e]. [1].
[SEE; [HAMilton V. SEGUE SOFTWARE, inC, ☒232 F.3d, 473. 477][5th CR.2000]

[B.] [the"[CLEAR]ERRORS]... of"; [fundamental]-[federal]-[unConstitutional]ERRORS]... ARE"-[inFACT] [disputed] . AND"[CONTENED]-[suffiently] By" said"-[petitioner's"[Claims / GROUNDS] that"-[ARE"-[inFACT]; [SET]-forth]... within , said"[CASE No.] -AND-[SUCH]... MERELY"[GOVERNS]-[the plaintiff"...[ADEQUATELY]"- [Bypassing]-;[the"-[default]-[PROCEDURAl]-safe'-guard] due"-[To"...[LOGICAl]-APPARENT"; [fACT]...that" [SUCH]---[formulated] Claims] , the petitioner"-[HAS"... intellectually-[Analyzed]-sophistacatedly" By [By"-[Holding"...them -[To "BE TRUE ; AND" or"; [GENUINE]-[in]-light]... of"; [law]... inDEAling"-[with [THIS" PARTICULAR"-[CASE"... Constitutes -[SUCH]... Claims -[To'-BE"]... Simply"-[deBated] upon]-[ACCORDingly [Among"-[REASONABLE"; [JURIST / JURORS]; AND" or"[JUSTICES] [BEING"-[that"-[SUCH"-; [GROUNDS-[MERELY- [ADEQUATELY"]... [CHALLENGE]-[fundamental] ERRORS] -[that"... ARE"-[inFACT]... REFLECTING"[illegal]ACTS]- of" [AN]-[unfair]- PREJUDICAl"-[TRIAl] , AND"[SUCH]-[LoGICAlly]-- REFLECTS -[that"-[No]-[REASONABLE]... [minded] JURY / JURIST; AND" or"[JUSTICES]-[would'-HAVE]... RENDERED"-[A] guilty' [VERDICT]-[upon] said" [CASE No.] [if"-[SUCH]-[illegal]ACTS]... WHERE -[CONTENED]-[properly] By the '-[plaintiff's"; [Counsel] [At"-the"-TIME" of"; [TRIAl]-[inwhich"... Simply"-[ARISES]--[fair]minded] ; [disagreement].
[SEE; [RiCHTER , 131 S.Ct. [At] 786. [quoting] ; YARBOROUGH V.ALVARADO , 541 U.S. 652,664; [2004] ;
[SEE; [woodford V. VisCiotti , 537 U.S. 19, 27. [2002].
[SEE; [murRAy V. CARRIER , 477 U.S. 478, 485 [1986].
[SEE; [ENGlE V. ISAAC , 456 U.S. 107, 129 [1982].
[SEE; [wAinwRIGHt V. SykES , 433 U.S. 72 [1977].
[SEE; [Coleman V. ThompSon ; 501 U.S. [At] 750.

[I. DISCUSSION]:

[C.] [THE plaintiff" has" [infact] DEMONSTRATIVELY" [EXECUTED] [THE "[GROUNDS" [within] [THE "[PRESENT] — [HABEAS] PETITION] [thus" the REASON [for" [RESPONDENT" [Comiting" [illegal] ACTS] that" [ARE" [infact] [REVOLVING AROUND] [PERJURY] and [SUCH] is" [only" [ACCUMULATING" the [CLEAR] [plain]ERRORS] REVOLVING [AROUND] within" said" [CASE No.] thus" [Logically] REFLECTS [AN] [ADEQUATE" [ENCOURRAGEMENT] of" [further" [litigation] proceedings] [WHICH" [is" [Why, said" PETITIONER" [EXERCISES] the "[Right] of" [due] PROCESS] By" [said" [Styled] [LEGAL] ACTION] [BEING" [that" [SUCH] is" [AN] [ADEQUATE] [LEGITIMATE] ACTION] for "[TRYING" To" [REMEDIE] the "[illegal [omissions] that" [HAVE] [infact] [TAKEN] PLACE] [within] said" [CASE No.] [WHICH" MERELY" REFLECTS" [THE" plaintiff" [Attempting] To" [ENSURE] JUSTICE] for" the "[illegal] plain ERRORS] that" [HAVE] [infact] [Bypassed" [PROCEDURAL] [SAFE-]GUARDS] [WHICH" [is" [infact] [Prohibited] By [United States [LAW]. [SEE; [28 U.S.C. § 2254 [C]. [1].

INCORPORATING
[II. [sufficient] GROUNDS for [RELIEF].]:

[D.] [SEE; [plaintiff's" HABEAS] PETITION — UNDER, SAID [CASE No.]. [SEE; [Constitutional] AMENDMENTS] ; 1st, 5th, 6th, AND" 14th. [SEE; [FED. R. CIV. P. 51. [d], [2]. [SEE; [FED. R. CIV. P. 61. [SEE; [ATTACHMENT; [A], AND" [B].

[Accordingly" [FEDERAL] Constitutional] Statutes, RULES, AND" PROCEDURES [RENDER" [AN] ORDER" [Containing" [HABEAS] RELIEF] AND" [SUCH" RELIEF" Will" MERELY" [SUSTAIN], AND" [REMEDIE] the united [States Constitution, AND" SAID" PETITIONER's" [SUBSTANTIAL] RIGHTS].

[IV. CONCLUSION AND PRAYER]:

[E.] [plaintiff" only" [SIMPLY" REQUEST, AND" PRAYERS [SAID" [Court To; [GRANT] SAID" [Styled] MOTION] DUE" [To the "[illegal] omissions] REVOLVING" [AROUND] within" SAID" [CASE No.] [WICH" is" [WRONGFULLY] [OPPRESSIVELY] injuring, the united States [Constitution] AND" [SAID" [plaintiff's" [SUBSTANTIAL] RIGHTS].

[28 U.S.C. § 1746] EXECUTED on: 1-26-15

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No. 1790277
PLAINTIFF; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK; TEXAS 76367

[V. Affirmation under oath]:

[F.] [I" HEREBY [Acknowledge]; Affirm, AND" SWEAR under penalty of "[PERJURY] for ALL of the foregoing To BE [TRUE] AND" [Correct].

[28 U.S.C. § 1746] EXECUTED on: 1-26-15.

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No. 1790277
PLAINTIFF; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK; TEXAS 76367

[VI. Certification]:

[G.] [In" [Compliance" with TEXAS APPELLATE RULES, AND PROCEDURE 73.3; I HEREBY CERTIFY that the No. of WORDS in this Styled [LEGAL] ACTION] is; 623.

[28 U.S.C. § 1746] EXECUTED on: 1-26-15

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No. 1790277
PLAINTIFF; PRO SE
JAMES V. ALLRED UNIT

2.

[[VII. Certificate of Service]]:

[[H.]] [[I " HEREBY " ][Certify ... that a - TRUE · Copy of the foregoing styled · [Legal] action was mailed To , the [opposing party -- on , the Executed date below · mailed [Via] pre-paid] First-Class - postage - U.S. Certified [mail.

[[28 U.S.C. §1746]] Executed on: 1-26-15.

Respectfully Submitted

_Allen Pena_

Allen Pena
T.D.C.J. No. 1790277
Plaintiff ; PRO SE
James V. Allred Unit
2101 FM 369 N.
Iowa Park , Texas 7636-

Court of Criminal Appeals
of Texas

[[V.]]

[[I.]]

Allen Pena
Plaintiff / Petitioner ;

V. The State of Texas

Defendant / Respondent :

[[C.C.A.] No.] : [WR-81 ; 352- 03 ]] ,
[[Trial] Court] Cause No.] : [11-CR-3337- & [3]] ;

[[Order]] :

[[After " [Acknowledging ] , and " finding] [[A] Conclusion] of " Multiple : [violations ... To the United [State Constitution ; and " To said - petitioner's " [substantial] rights] ... This " [[Court] ... So ."""" Orders - ; said " [motion] ... To be : [[Granted].

Executed on:

[[Honorable] Judge presiding]

[Court of Criminal Appeals] [Attachment] [B].
of Texas.

[C.C.A.] No.] : [WR-81,352-03.]
[Trial][Court][Cause No.] : [11-CR-3337-6]

[Declaration] :

EX PARTE
ALLEN PENA
PETITIONER / PLAINTIFF;

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT:

[Declarant", PRO SE : ALLEN PENA
T.J.C.J. No. 1790277

[A.] ;                    [I. [Genuine] material" [Facts]".]

[the"-[Declarant" : [so" DECLARES"]-[that"]--THE"-[defendant"-[HAS"-[infact"]--
[Comitted"]--;[perjury]"--[and"-[such]"-[illegal omission]"--[violated"-[the" PETITIONER
[substantial][rights]"--inwhich"-[rendered"-[a]-[wrongful]"-[malignant]"-;
[oppressive]"-[injury"--
        [not"-[only"-; [to"-[the" PLAINTIFF'S"-[substantial][rights]"-[but"-[also"...
[the"-[united"-[states"[constitution]"--
        [and"-[such]" : [illegal omission]"-[arose]"--from"-[the" RESPONDENT"-
[stating"-[the"-[habeas] petition]--under"-[said"[C.C.A] No.]"--is"-[under"--the"
[non-]compliance]"-[provisions]"-[pursuant]"--to" [tex. R. APP. P. 73.1-
[governing"-[art. 11.07]].
        [but"-[however"-[the"-[petitioner"-[did]-[infact]"-[execute]"--said"-
[habeas] petition]"-[adequately";
[see;  [petitioner's]"-[habeas] application] ; P. 17.
        [the"  plaintiff"-[clearly"-[did"-[infact]"-[adequately"-[execute"-[the"...
[inmate's"-[declaration]"--[and"-[such]"-[entitles"-[adequately"-[execute"-the"
[habeas][relief]...and"-[or-[what"-[said" [court"-[may"-[find" ;[equitable]".
        [however"-[if-[the" petitioner"-[had"-[his"-[application]"-[altered"
[blacked-out]" ;[coerced" ; and"-[or" ;[tampered] with].
        [the" declarant"-[state's"-[such]"--is"-[not"-[the"-[first][time] ; the"
[defendant's"-[coersed"-[material] evidence]"...
[E; [C.C.A.] No.] ; WR-81,352-01 : [trial][court][cause No.] ; 11-CR-3337-6 ;[state's"
[answer"" to Applicant's"-[application] for writ of [habeas][corpus] ; P. 5, B;
[prosecutorial] misconduct.

1.

"apparently" -- [the" [defendant's" -[admit] ... To" ; [Prosecutorial]
[misconduct] / with'holding -[evidence] ... and" -[thus" -[reflects"
[illegal] restraint] ... that" -[arose" -[from" -[a] -
[conspiracy];

[However" -[the" -[plaintiff" -[should" -[adequately" -[be" -[allowed"
[an] -[equal] opportunity] -- [To" ; [amend]" -
[that" - the" [petitioner" -[does" ... [infact]" -[accentuate" - ; [justice] -- [being
[and" -[such] -- is" -[in" -[the" -[intrest]" - of" ; [justice] -- [being
[reason]" -- [that" -[are" -[infact]" ; [debateable]" -- [among" - ;[unconstitutional]claim

[in which" - [adequately" -[accentuates"" -- [the" mere" -[logical] -[basic
[fact" -- [that" -[infact" -[reflects" -[for" -[said" [court" -[to" ; [denie]" -- [such
[motion]" -- [would" -[infact]" -[be" ; [unconstitutional]"" -[to" ; [denie]" -- [such
[reflects" -[a]" -[very" -[unreasonable "" - [litigative" - [decision]"
[and" -[a]" -[grave] miscariage] -- of" ; [justice] -- in which" -[also" -
[being" -[that" -[such]" -[justices" - of" ; [said" court" -[have" -[a]" ;
[manditory] obligation] -- To" -[uphold" -[the" -[integrity" --- of" ; [constitutional]law].
[now" - if" -[such]" -[obligation]" - is" -[not" -[met" -- [such]" - would"-
[infact]" -[merely" -[reflect" -[a]" ; [illegal] omission / offense]" -- that" -[is"
[merely" -[rendering" -[a]" ; [federal] -[fundamental] offense]" -- that"-[is" ---
[fundamental] ; [unfairness]?] --
[and" -[thus" -[automaticly" -[raises"" -[a]" ; [debate] ... among" -[fact'
finders] / jurist] -- where" -[as" -[to" -[the" -[intrest of" justice] -- is"-so""
[required" -- [indealing" -[with" -[such] ; [unconstitutional]claims] ;
see: [slack v. mcdaniel] ; 529 u.s. 473, 484 [2000].

see: [slack ; 529 u.s. [at] 484.
[and" -[so" -[the" [declarant" -[so"" ; [declares" -[it" - is" -[in" --- the"
ntrest" ... of" -[justice] -- for" - said" [court" -- To" [review]" -- the" -[in" ... the"
r" petitioner's ; [unconstitutional]claims] -- To" [review]" -- the" -[merits" -- of"
the" plaintiff" -[an] -[opportunity" -[to" ; [amend] -- [By" incorporating"
achment] -[b]" -- To" said" petition / [C.C.A.] No.] ;
e: [attachment" ; [b].

[II. affirmation under oath]
[I" -[hereby" -[affirm] ... my" -[oath] -- To "" -[be" -[genuine]
2.

[PENALTY" ; [of" ; [perjury]"... And" - [thus" - [affirms" - [for" - [all"... [of" - [the" - [foregoing ...To" be" - [true] ; And" - [correct].

[28 U.S.C. § 1746] Executed on : 01-26-15.

Respectfully submitted

Allen Pena
T.J.C.J. No. 1790277
Declarant. Pro Se
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76?

3.

## PETITIONER'S INFORMATION

Petitioner's printed name: _____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

## INMATE'S DECLARATION

I, __AllEN PENH_____, am the applicant / petitioner (circle one) and being presently incarcerated in __JAMES V. AllRED UNit_____, declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on __01 - 26 -__ , 20 __15__.

_____
Signature of Applicant / Petitioner (circle one)

17

Rev. 01/14/14

[COURT of CRIMINAL APPEALS]
OF TEXAS

[C.C.A.]No.]:[WR-81,352-02]:

[TRIAL]COURT]CAUSE No.]:[11-CR-3337-6][2]:

EX PARTE
ALLEN PENA
PETITIONER / PLAINTIFF:

[CLERK]:

V.

THE STATE of TEXAS
DEFENDANT / RESPONDENT:

[A]    [ACCORDINGLY"-[PLEASE"'-[ADVISE"':[the" COURT" the" PETITIONER"'-[is"-
[filing"'-[these]-[ENCLOSED]"-[LEGAL]ACTIONS]... PURSUANT ...To:[INMATE]-[PRISON]-
[mailing]-[provisions"'...[UNDER":[28 u.s.c.§1746].

[1]   [PLEASE"-[file"-[AND"- present ...To"-[the" COURT"-[the"-[ENCLOSED]"...
[LEGAL]ACTIONS].

[note]"""; [THE"-[NOTICE] of"'-[APPEAL]...is"'-[NOT]"...To BECOME"'-[ACTIVE]"-
[intill]"...[the"-[LAST]"-[REMAINING]-[motion]...is"'-[MANDATED"-[upon]"; AND"-[SUCH]"...
[is"'-[PURSUANT"'-[UNDER"-[FED.R.APP.P[7],[B],[b],[2].
[AND"'-[SUCH]"... ALLOWS"'-[A]: PLAINTIFF"'...To file"-[A] NOTICE"- of" APPEAL...
[To BE"-[filed"-[DURING"'-[litigative]-proceedings].

[2.]   [PLEASE;[ADVISE"...THE" COURT: the" PETITIONER"'-[is"-[CURRANTly"-[in]"-
[A]-[2254]-[federal [PROCEEDING]"...in:
THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of TEXAS
CORPUS CHRISTI DIVISION
CIVIL CASE NO. 2:14-CV-00334.

[AND"[SUCH]-[ALLOWS], the" PLAINTIFF"'...To"-[ADEQUATELY"-[litigATE]...
thin; said" COURT.

[ENDORSE PROOF of SERVICE
RETURN SERVICE REQUESTED]

[28 u.s.c.§1746]EXECUTED ON: 1-26-15.

RESPECTfully SUBMITTED
ALLEN PENA
T.J.C.J. No.1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N

i

[[CRIMINAL COURT OF APPEALS]
OF TEXAS.

[C.C.A.] No.]: [WR-81,352-02];
[TRIAL COURT] CAUSE No.]: [11-CR-3337-G [2] ];

EX PARTE
AllEN PENA
PETITIONER / PLAINTIFF;

V.

[DECLARATION of [INABILITY] to "PAY COST ]].]

THE STATE OF TEXAS
DEFENDANT / RESPONDENT;

[A]: [THE "PETITIONER", SO" - [ACCENTUATES]... the" - [DIRER] - [DEFACTO] - [NECESSITY" - TO" [Continue" - [TO" - [TRy" - [TO"... [REDRESS" - [GOVERNMENTAL] ISSUES]... IN WHICH" - [AROSE]" - FROM" [ACTUAL]"... [LITIGATIVE]; [ILLEGAL omissions]"... And" - [thus" - [the" - [following" - [DECLARATION]... is [MADE]" - [pursuant... TO" - [the" - [TEXAS] - [RULES]... of" - [Civil] PROCEDURE]; And" - [title] 6]; CHAPTER- [132]"... of" the" Civil PRACTICE"... And" [REMEDIE] Code].

[SAID petitioner" - [SO" - [DECLARES" - [HE" - [is" - [CURRANTLY" - [UNABLE]"... TO" - [PAY] COST] [And" OR" [COURT] FEES]... TO" - [the" - [ABOVE] - STYLED]... COURT; And" - [REQUEST] - [LEAVE] of" - [the" [COURT]... TO" - [PROCEED... IN" - [FORMA] PAUPERIS]... IN... this" - [ACCOMPANYING] CRIMINAL [ACTION]... And" - [ WOULD - [SHOW] - [the" - [COURT]... the" - [following";

[1.] [I AM PRESENTLY INCARCERATED IN THE JAMES V. ALLRED UNIT of the TEXAS DEPARTMENT of" [CRIMINAL] JUSTICE]... WHERE" - [i... AM - [NOT] PERMITTED... TO EARN OR" - [HANDLE] MONEY.

[2.] [I" - [HAVE] - No - [SOURCE] of"; [INCOME] NoR" [SPOUSAL] INCOME].

[3] [I" - [CURRANTLY" - [HAVE] $∅ money - [CREDITED]... To ME IN MY - [INMATE] TRUST" [FUND].

[4.] [DURING" - [MY INCARCERATION]... IN the TEXAS DEPARTMENT of CRIMINAL JUSTICE; i" - [HAVE [RECEIVED" - [APPROXIMATELY $∅ To $50.00 PER MONTH AS GIFTS FROM RELATIVES And FRIENDS.

[5.] [I NIETHER" - [HAVE] INTEREST IN ANY REALTY; STOCKS; BONDS; OR BANK ACCOUNT; And" i [HAVE] NOT] RECEIVED No INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

[6] [I HAVE $∅ DEPENDENTS.

[7.] [I HAVE A TOTAL DEBTS of APPROXIMATELY $∅.

[8] [i" - [OWE] $∅ AS RESTITUTION.

[9.] [MY MONTHLY EXPENSES ARE APPROXIMATELY $0.

[BEING" - [PRESENLY - [INCARCERATED IN THE JAMES V. ALLRED UNIT of THE TEXAS [DEPARTMENT of CRIMINAL JUSTICE IN ~~⬛⬛⬛⬛~~ WITCHA FALLS County; TEXAS - [I" VERIFY; And" [DECLARE UNDER PENALTY of PERJURY - FOR [ALL] of THE FOREGOING - [TO] - [BE]; [TRUE]... And" [CORRECT]; And PURSUANT TO [INMATE] MAILING]; [28 U.S.C. § 1746]; [the" PETITIONER" - [EXECUTES] - [ALL] LEGAL] MOTIONS]. [28 U.S.C. § 1746] EXECUTED ON: 1-26-15.

RESPECTFULLY SUBMITTED
AllEN PENA
T.D.C.J. No. 1790277
PETITIONER. PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK. TEXAS 76367

iii

[Criminal Court of Appeals] [of Texas]:

EX PARTE

ALLEN PENA

PETITIONER / ~~the~~ plaintiff;

V.

THE STATE OF TEXAS

DEFENDANT / RESPONDENT;

[C.C.A.][No.] [WR-81.352-02];

[TRIAL]COURT]CAUSE NO.] [11-CR-3337-G][2];

[Notice of Appeal];

[A.]   [Notice" - is"...[HEREBY"-[Given]...that"; EX PARTE / ALLEN PENA, [petitioner; and"[defendant; [THE STATE OF TEXAS; -[in"-[the"[ABOVE]"... [styled]-[CASE][No.]... will"-[BE"-[APPEALING]"...TO"; [THE UNITED STATES [COURT of [APPEALS]-[for"...the"[5TH][CIRCUIT] --[AND"-[SUCH]-[APPEALABILITY]" [MERELY"-[AROSE]... from"-[THE"-[ORDER"-[AND"-[OR"-[JUDGMENT]...of"- [SAID"-[ABOVE]...styled"-[COURT]... in"DEALING"-[WITH]; SAID"[C.C.A.]No.]; [AND"- [PETITIONER'S"; [motion for MANDATING A PROCEDURAL ASSERTIVENESS [of [UNCONSTITUTIONAL]GROUNDS]...that"-[WILL"- GOVERN A MOTION TO VACATE [SET' ASIDE]; OR [CORRECT]-- the SENTENCE IN WHICH WILL INCORPORATE [A MOTION FOR APPEALABILITY.

[28 U.S.C. 1746]EXECUTED ON: 1-26-15.

[MANDATING"-[THE"-[RECORD... of"THE" [COURT... BE"-[TURNED-[OVER"...To the 5TH CIRCUIT [COURT of APPEALS -[for"-[APPELLATE] PROCEEDINGS. [AND -[SUCH] is"-[PAYED"-[for"- By"; the [CRIMINAL] JUSTICE] ACT] PLAN].

RESPECTfully SUBMITTED

*[signature]*

ALLEN PENA

T.J.C.J. No. 1790277

PETITIONER; PRO SE

JAMES V. ALLRED UNIT

2101 FM 369 N.

IOWA PARK, TEXAS 76367

ii

[CRIMINAL COURT of APPEALS]
[of TEXAS]

EX PARTE
ALLEN PENA
PETITIONER / ~~RES~~ plaintiff;

[C.C.A.] No.7: [WR-81,352-02];
[TRIAL][COURT][CAUSE No.7][11-CR-3337-G [2
[Notice of APPEAL];

V.

~~D~~ THE STATE of TEXAS
DEFENDANT / RESPONDENT;

[A.]  [Notice]"- is"...[HEREBY"-[GIVEN]...that" : EX PARTE / ALLEN PENA,
[petitioner, AND"[defendant : [THE STATE of TEXAS ;-[in"-[the" [ABOVE]"-
[styled]-[CASE][No.]...will"-[BE"-[APPEALING]"--To" ;[THE UNITED STATES
[COURT of [APPEALS]-[for"...the"[5TH][CIRCUIT]--[AND"-[SUCH]-[APPEALABILITY].
[MERELY"-[AROSE]--from"-[the"-[ORDER"-[AND"-[OR"-[JUDGMENT]...of"
[SAID"-[ABOVE]...styled"-[COURT]...in"DEALING"-[WITH] SAID"[C.C.A.] No.7;
[AND"-[petitioner's" :[motion for MANDATING A PROCEDURAL ASSERTIVENESS
[of [UNCONSTITUTIONAL] GROUNDS]...that"-[will" - GOVERN A motion to VACATE
[SET ASIDE] : OR [CORRECT]...the SENTENCE in WHICH will INCORPORATE
[A motion for APPEALABILITY .

[28 U.S.C. 1746][EXECUTED ON : 1-26-15.

[MANDATING"-[THE"-[RECORD...of" THE"
[COURT...BE"-[TURNED-[OVER"...To the 5TH CIRCUIT
[COURT of APPEALS-[for"-[APPELLATE] PROCEEDINGS.
AND-[SUCH] is"-[PAYED"-[for"-By" the
[CRIMINAL] JUSTICE] ACT] PLAN].

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER; PRO SE
JAMES V. ALLRED unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

ii

[WR-81,352-02]
[C.C.A.]NO. ]

[11-CR-3337-6 [2]]
[TRIAL] COURT] CAUSE NO.]

[CRIMINAL COURT OF APPEALS
OF TEXAS ]

EX PARTE
ALLEN PENA
PETITIONER/PLAINTIFF:

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT:

[ PETITIONING : COURT OF CRIMINAL [APPEALS]
OF TEXAS ; [C.C.A.] NO] ;[WR-81,352-02]:
[TRIAL]COURT] CAUSE NO.] ; 11-CR-3337-6 [02]:]

Motion FOR MANDATING A PROCEDURAL ASSERTIVENESS
OF UNCONSTITUTIONAL GROUNDS that Will -[Adequately]
GOVERN -[A] motion to VACATE, SET'ASIDE, OR
CORRECT -[THE" SENTENCE -[IN WHICH"'- [WILL]
INCORPORATE A motion FOR APPEALABILITY.

[ORDER OF AUTHORITY"':[ 28 U.S.C.§ 2255]:

[ORDER OF AUTHORITY"':[28 U.S.C.§ 2253 ,[C]]:

[APPELLANT"'; [Adequately] REQUEST FOR"'[ORAl]ARGUMENT]-[PURSUANT] TO"'
[TEX.R. APP. P. 39.7]:

[C.C.A.][No.] : [WR-81,352-02]
[TRIAL][COURT][CAUSE No.] : [11-CR-3337-6 [2][ ]

x parte

llEN PENA
etitioNER / plaintiff ;

.

THE State of TEXAS
efENdANT / RESPONdENT ;

[[I. [GENUINE] mATERIAl"-[FACT[ issues[.]]

[A.]
  [IN"-[SAid"[HABEAS[ petition] [the" petitioNER"-[CLEARly"-[points'-[ouT] [the"-[CLEAR"-[uNConstitutioNAl] : [plain]ERRORS]"...on"-[BEHAlf"-[of"-[AN]" ; [illEGAl]RESTRAINt]"-[ANd"-[A]"-[CLEAR" : [violation]"... of" : [SUBSTANTIAl][RiGHtS]" ANd"-[SUCH]"-[uNConstitutioNAl]" : [plain]ERRORS]"-[ARE"-[iNfACt]" : [illEGAl[ ACtS] /[omissions]"...thAt"-[ARE"-[WRONGfully"-[illEGAlly"-[oppressing"-[the"[plaintiff"-[ANd"-[SUCH]"-[REflECtS"...[A]"-[SEVERE" : [iNjuRy]"...[To"-[the" uNited stAtES"-[ConstitutioN]. ANd"-[thuS"- [ConStitutes]"...[A]-[VERy"- : [GRAVE]'miSCARRIAGE]" of" : [JuSTICE]"-[iNWHiCH"-[is"-[iNfACt]"-[RESulting"-[iNto]"-[A]"-[fEdERAl]"-[fuNdAmENTAl]"-[uNConstitutioNAl]-; [plain]ERROR]"...[ANd"-[SUCH"-[is"...[the"-[only" - [question"-[thAt"-[TRUEly"-[mAttERS" : [fuNdAmENTAl] : [uNfAiRNESS"[?]"...

  [uNdER" : [the"[BylAW"-[proVisions]"-[pursuANt]"...[To" : [28 u.S.C.§ 2254 .[d].
[SEE : [HARRINGtoN V. RiCHtER , 131 S.Ct. 770 , 785 [2011]. - [quoting"- / TERRy :
[SEE : [WilliAm V. TAyloR , 529 u.S. 362 , 412 [2000] ; [28 u.S.C. § 2254 ; [d]. [WEST[2011].
[SEE : [RiCHtER , 131 S.Ct .[At] 786.
[SEE : [RiCHtER . 131 S.Ct .[At] 786-87.
[SEE : [28 u.S.C. § 2254 ;[E], [1].
[SEE : [HAmiltoN V. SEGUE SoftWARE , iNC ; 232 F.3d , 473 , 477 [5th CiR. 2000].

[B.]
  [THE"[CLEAR]ERRORS]...of" : [fuNdAmENTAl]-[fEdERAl]-[uNConstitutioNAl] : [plain"]ERRORS]"-[ARE [iNfACt]"-[diSputEd"-[ANd"-[CoNTENdEd"-[SUfficiENtly" [By"-[SAid"-[petitioNER'S"-[iNWHiCH"-[loGiCAlly"-[ConStitutes" : [SAid"-[plaintiff'S"-[illEGAl]-[uNConstitutioNAl]"-[Claims / GRouNdS]"-[To' BE"-[AdEQUATE"-[foR"-[AN"-[ENCouRRAGEmENt]"...of" - : [furthER"-[litiGATiVE]" [proCEEdiNSS"-[ANd"-[SUCH]-[is"-[BEiNG"-[thAt" : [dEmoNSTRATiVEly"...[the"petitioNER"-[HAS"-[iNfACt]"-[SET']foRth]-[uNConstitutioNAl]Claims]"-[WithiN"-[SAid"-[C.C.A.]No.][iNWHiCH"-[SUCH"-[Should"-[AutomATiCly"-[ENCouRAGE]"-[SAid"[CouRt"-[To"-[mANdATE"-[A]"-[SUfficiENt]"-[dEClARAtion]-[iNWHiCH"...[Will"-[BASiCly"-[GoVERN] . [the"[petitioNER"-[AdEquATEly"-[obtAiNiNG"-[A] : [diRER]NECESSiTy]"...foR"-[AN]-[AdEquATE"-[HABEAS] ; [EVidENTIARy"-[HEARiNG]"-[iNWHiCH"-[AROSE"-[fiRST"-[from" : [SAid"-[plaintiff"-[SUfficiENtly"-[AdEquATEly"-[BypASSiNG"'-[the"...

[default'''-[PROCEDURAL]''-[SAFE'[GUARD] .[IN WHICH'''...[SUCH]'-[REFLECTED''' from'''[the'''
[MERE''' -[APPARENT''-[FACT]''-[that''-[the''' :[UNCONSTITUTIONAl]'''CLAIMS]'' .[the''[plaintiff'''
[HAS''-[infACT]''-[ACCENTUATELY' -[foRMULATED''-[ARE''-[infACT]''-[LitiGATively'''-...
[GENUINELY'''-[intellECTUALLY'''-[ANALyZED'''-[SophistiCATEDLY''' ;

[By'' -[HOLDING''' -[SUCH]'''-[GROUNDS]''...[TO''' BE' -[A]''-[PROBABLE]'-manditory'';
[LitiGATive] PREROGATive]''.

[in'''-[light''' of''; [the'''[LAW] /[ConstitutionAl] LAW]'''...in WHiCH''' -[Adequately''-[Constitutes]'-[SUCH]''
[GENUINE]''CLAIMS] -[To''' -[immediAtely''-[iNitiAte]''-[A]''' ;[debAte]''...[that'' [ARiSES''' .[ACCoRdinGly'''-
[AMONG''' ;[REASONABLE''-[ JURORS ] /JURiST ] .[And'' -oR''' ;[JUSTICES] /[FACT] finders]'''...[BEiNG'''-[that''
[SUCH]''-[GROUNDS'''-[MERELY''-[ADequately''-[CHAllENGE]'-[fundAMENTAl]''';[plAiN] ERRORS]''... that'''-[ARE'''-
[ContRARy'''-[To''-[ApplicAtion]''.. of'';[federAl] LAW] , And''' - oR'''-[federAl]''-[PERSUASive''-[precedent]
] .....

[inWHiCH'''-[SUCH]''-[REFlects'''-[SUCH'''-[illegAl] acts /omissions]'''...To''-[simply''-[MERELY'''..
[REflect'''- [A]''-[fundAMENTAlly''-[unfAiR''-[prejudice /prejudicial'';[TRIAl]''.[from''' -[WHICH'''-
[SUCH]- [plAiN] ERRORS]-[oRiginAlly''-[ARoSE'''-[from'''...

[And' so''' -[BEiNG''-[that'' -[SUCH]-[CLEAR]'';[plAiN]ERRORS] -[ARE'''-[infACT]''-[ViolAtiNG'''-
[ConstitutionAl] LAW] ...

[would'''-[infACT]''-[REflect]'''... that''' -[thus'''-[ ConCludes'''-[LogiCAlly''-[that''-[ABSolutely'''...
[No''-[REASONABLE'''-[minded''' -;[JURiSt /[fact][finder]''' would'''-[HAVE''-[possiBlely'''-[RENDERED'''-
[A]'' ;[Guilty] VERdiCt]'''...upon''.[SAid''[CAUSE]No.]'-[if''-[SUCH]-[illegAl] omissions /offenses]'''...
[WHERE'''-[ContENDED'''-[PROPERLY'''-[By'''-[the'''petitioNER'S'''- ;[Counsel]''...

[At'''-[the'''-[Time]'''... of''; [TRIAl] , [And'' ;[APPEAl ] / [AppellAte] Counsel]'''...

[inWHiCH'''-[SUCH]''-[ACCoRdingly'''-[ARiSES''' ;[fAiR'''-[minded]''' ;
[disAGREEMENT]'''.

[SEE ;[MURRAy V. CARRIER , 477 U.S. 478 , 485 [1986].
[SEE ;[woodFoRd V. VisCiotti ; 537 U.S. 19 ; 27 [2002].
[SEE ;[RiCHTER , 131 S.Ct. [At] 786 .
[SEE ; [WAiN wRiGHt V. SyKES ; 433 U.S. 72 [1977].
[SEE ;[ 28 U.S.C. § 2254 ,[E] ,[2.]
[SEE ; [INSyXieNGMAy V. MORGAN ; 403 F.3d 657 ; 670 [ 9TH CiR. 2005 ] .
[SEE ;[miller-El V. CoCKRell , 537 U.S. 322 ; 336 ; 154 L.Ed. 2d 931 [2003]
[SEE ;[Coleman V. Thompson ; 501 U.S. 722 ; 750 ; 115 L.Ed. 2d 640 [1991].
[SEE ;[Coleman , 501 U.S. [At] 750.
[SEE ;[ BADER V. WARDEN , 488 F.3d 483 ; 488 [ 1st CiR. 2007].
[SEE ;[ RULE ]No.]67 - GOVERNING § 2254 .
[SEE ; [28 U.S.C. § 2254 ,[d] ,[1].

[I. DISCUSSION].

[C.] [The''[petitioNER'''-[HAS''-[infACT]''-[DEMoNStRATively'''-[ACCENTUATED'''-[AN'''...[Adequate]''- defacto'''
[NECESsity'''...[To''-[SufficiENtly'''-[SHOW]-[Good] CAUSE]''- To'''-[Adequately'''-[obTAiN''-[AN'''-
[ENCouRAGEMENt'''... of'''-[furtheR'''-[LitiGATive'''-[PROCEEdinGS''' -[inWHiCH'''-[is''-[infACT]'''
[LitiGATive''-PROCEEdinGS'''-[that''' -[ARE''-[ESSENtiAlly'''-[VitAlly''-[CRUCiAl]''-[inoRdER''' To'''-;[SustAiN''
[the''' plaintiff's''';[SUBStANtiAl]RiGHTS]'''...[And'' [SUCH]'''-[ARiSES'''... from''-[AN]''-[ActuAl]''...

[CAUSES]" [SUCH] " [PREJUDICIAL]"; [PLAIN]ERRORS]" [TO"-[BE"-[AN]"-[ACTUAL]"-[A
[THAT]"... is"-[ACTUALLY"-[SUFFICIENT]" [TO"; [ABEYANCE]"-[THE"-[EXHAUSTION]"
[LOGICALLY"-[APPARENT"-[THAT"-[SUCH]"; [AND]-[SUCH]" is"-[BECAUSE"...[THAT"-[IT"-[IS"
[infact"-[PARTICULAR"-[CIRCUMSTANCES"...-that"-[GENUINELY"-[EXIST]"...that"-[RENDER"-[
[PROCESS; [INEFFECTIVE]"-[TO"-[PROTECT"[THE"; [RIGHT]...of"; [THE" plaintiff";

[SEE; [28 U.S.C.§ 2254; B; ii

[LOGICALLY"-[IT"- is"-[ACTUALLY"-[APPARENT"-[ON"; [THE" FACE"-[of"-RECORD"-[
[THE" COURTS"-[THAT"-[THE"-[PETITIONER'S; [SUBSTANTIAL]RIGHTS]"...[WHERE"[infact"-[Violated"; A
[THUS"-[ADEQUATELY"-[REFLECTS"-[THAT"; [THE" plaintiff"-[HAS"... [THE"; [RIGHT]-- UNDER"
[CONSTITUTIONAL]LAW]"-[TO"-[ADEQUATELY"-[RAISE]BY]"... [ANY"; [AVAILABLE]" PROCEDURES"
[BECAUSE"-[IT"... is"-[CLEARLY"-[APPARENT"-[THE"-[QUESTION"-[AT"-[HAND"- is";
[fundamental]; [UNFAIRNESS] ?]...

[SEE; [28 U.S.C.§ 2254; [B], [3], [C].
[SEE; [28 U.S.C.§ 2254; [d].
[SEE; [28 U.S.C.§ 2241; [C].
[SEE; [28 U.S.C.§ 2241; [C], [37.

[HOWEVER"-[IN]"; [Good]faith]"-[THUS"-[THE"-[REASON"... WHY"-[THE" plaintiff"/
[PETITIONER"-[EXERCISES]--[His"-[EXCLUSIVE]"-[fundamental"-[RIGHT]...of"; [DUE]PROCESS]
[INWHICH"-[MERELY"-[EMPOWERS]; [said"-[fundamental"-[RIGHT]...of"; [DUE]PROCESS]
[said"[Court"-[said"-[styled"-[LEGAL]ACTION]"-[TO"-[ADEQUATELY"-[PRESENT"-[TO"-
[BEING"-[that"-[SUCH]"... is"-[AN]-[ADEQUATE"-[LEGITIMATE]ACTION]"-[foR"-
[MERELY"-[TRYING"-[TO"-[REMEDIE"-[THE"; [ILLEGAL]omissions]"-[that"-[HAVE"-[infact]"...
[TAKEN]place]"-[WITHIN"; [said"[C.C.A.]No.]...[WHICH]"-[MERELY"-[REFLECTS"-[THE" PETITIONER'S"-
[MAIN"-[INTERST"-[is"-[TO"-[MERELY";

[So"-[that"-[THE"; [INTREST]...of"; [JUSTICE]- [WILL"-[SUSTAIN]"...and"-[ALSO"
[ADDRESS" [ENSURE]JUSTICE]"...
[RAISED]-[THESE"-[ILLEGALLY"; [PLAIN]ERRORS]...that"-[HAVE]-[infact]"-[ILLEGALLY"-[BYPASSED]-
[PROCEDURAL]SAFE'GUARDS]"; [PLAIN]ERRORS]...

[WHICH"-[is"-[infact]"; [ILLEGALLY]PROHIBITED]"...By"-[United"STATES"[LAW]"
[So"-[foR"-[said"-[Court"-[NOT"-[TO"-[MERELY"-[EXERCISE"...[it's"-; [EXCLUSIVE"-[JURISDICTION]
[POWERMENT"-[TO"-[REMEDIE"-[SUCH]"; [ILLEGAL]omissions]"-[it's"-; [EXCLUSIVE"-[JURISDICTION]
[CONSTITUTIONAL]"...

[AND"-[THUS"-[MERELY"-[REFLECTS"-[said"COURT"-[WOULD"-[infact]"-[BE";
[WHICH"-[is"-[NOW]-[infact]"...RESULTING"-[INTO"; [AN"-[ILLEGAL]omission / offense]"...[that"
[infact]"-[VIOLATING]"-[said" COURTS"-[MANDITORY"-[OBLIGATION]"...TO"-[MERELY"-[UPHOLD"-;
[INTEGRITY"...of";

[28 U.S.C.§ 2254; [E], [1].
[28 U.S.C.§ 2254; [d], [2].            [CONSTITUTIONAL]LAW]".

3.

[SEE; [28 U.S.C. § 2254; [E]. [2]. [B].
[SEE; [SLACK V. McDANIEL, 529 U.S. 473, 484 [2000].
[SEE; [28 U.S.C. § 2254; [C], [2].
[SEE; [SLACK, 529 U.S. [At] 484.
[SEE; [HOUSER V. DRETKE, 395 F.3d 560, 562 [5th CIR. 2004].
[SEE; [EX PARTE McCAIN, 67 S.W. 3d 204, 207 [TEX. CRIM. APP. 2002].

[III. [SUFFICIENT] GROUNDS" - FOR"; [RELIEF]. ]].

[D.]    [By"- [ADEQUATE] - [LITIGATIVE] - [STRATEGY", [the" PLAINTIFF" - [ADEQUATELY" - [REALLEGES", AND"
[INCORPORATES"' - [By" - [REFERENCE];

[SEE; [PETITIONER'S" ; [I.C.A.] CLAIM] ... of"; [APPEAL]. - [• CONCERNING"; [SAID" [C.C.A.] No.] [THE"
[PLAINTIFF" - [HAS"' - [IN FACT] - [EXECUTED"; [the" [BYLAW] PROVISIONS] ... UNDER"; [STRICKLAND].
[SEE; [PETITIONER'S"; [MOTION] FOR" [RELIEF]. - [CONCERNING"; [SAID" [CAUSE NO.] / [C.C.A.] No.].
[SEE; [STRICKLAND] - [I.C.A.] CLAIM] ... of"; [APPEAL] / EX PARTE GOODALL; [CRIM. APP. 1982], 632
[S.W. 2d 750; [HABEAS [CORPUS] on 792.1.
[SEE; [STRICKLAND] - [I.C.A.] CLAIM] ... of"; [APPEAL] / [EVITTS V. LUCEY; 469 U.S. 387; 105 S.
[Ct. 830 [1985].
[SEE; [CONSTITUTIONAL [AMENDMENTS]; 1st; 5TH; 6TH; AND" - 14TH.
[SEE; [FED. R. CIV. P. 51. [d]. [2].
[SEE; [FED. R. CIV. P. 61.
[SEE; [EX PARTE KOSSIE [CR. APP. 2008] 2008 W.L. 366775 ; /- 2008 W.L. 901923. [HABEAS]
[CORPUS] on 892.1.

[ACCORDINGLY"' - [the" PETITIONER" - [HAS"' - [IN FACT] - [EXECUTED" [the" - [GROUND" -
[of"; [INEFFECTIVE [COUNSEL] ... of"; [APPEAL] - [UNDER"' ... [the" - [BYLAWS]" - [GOVERNING";
[STRICKLAND]" . [AND" - [the" [DEFENDANTS" - [DO] NOT]" - [CONTEND" ... the" [PETITIONER'S"' - [I.C.A.]
[CLAIM] ... of"; [APPEAL]" - [AND" - [THUS" - [FEDERAL [CONSTITUTIONAL] - STATUTES]. RULES. PROCEDURES" -
[LITIGATIVE] - [PERSUASIVE] PRECEDENT]" ... [RENDERS"' - [AN] - [ORDER"' - [MANDATING" - [HABEAS [RELIEF]"
[AND"' - [SUCH] - [RELIEF" . [Will]" - [MERELY" - [SUSTAIN]. AND"' - [REMEDIE] ... the"' - [UNITED" STATES"' - ...
[CONSTITUTION]. AND"' [SAID" PLAINTIFF'S"; [SUBSTANTIAL [RIGHTS] ... that" - [WERE"' - [IN FACT]"; [INJURED]
[By"' - [these"; [ILLEGAL] OMISSIONS].

[IV. CONCLUSION AND PRAYER. ]];

[e.]    [the" PETITIONER" - [SIMPLY" - [REQUEST]. AND"' PRAYERS" ... that"' - [SAID" COURT" - [Will] - [MERELY"';
[GRANT]. [SAID" - [STYLED"' - [LEGAL] MOTION]" ... [AND"' - [SUCH] - [SHOULD" - BE' . [DUE" - [TO", [the"' -
[ILLEGAL] OMISSIONS] ... [REVOLVING - [AROUND" - [WITHIN", [SAID" [C.C.A.] No.] ... [WHICH"' - [ARE" ...
[IN FACT]"; [ILLEGAL] OMISSIONS / OFFENSES]" ... that"' - [ARE"' - [IN FACT]" - [WRONGFULLY"' - [WANTONLY" -
[OPPRESSIVELY"' - [CAUSING" - [AN]" - [EXTANTIVELY"' - ; [ILLEGAL] INJURY]" ... TO" the"' UNITED STATES" -
[CONSTITUTION] ... AND"' SAID"' PLAINTIFF'S"' - [SUBSTANTIAL [RIGHTS]].

[28 U.S.C. § 1746 [EXECUTED ON; 1 - 26 - 15

RESPECTFULLY SUBMITTED

T.J.C.J. No. 1790277
ALLEN PENA
PETITIONER; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK; TEXAS 76367

4.

[V. AFFIRMATION UNDER OATH.]

[F.]

[i" HEREBY" [ACKNOWLEDGE]. AFFIRM"-[AND"-[SWEAR". [By"-[A]"-[GENUINE] OATH]"-[for"-[All"-[of"-[the"[FOREGOING"...To'BE": [TRUE]"...[And"-[CORRECT]...UNDER" PENALTY [of": [PERJURY].

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C. §1746] EXECUTED ON: 1-26-15.

[VI. CERTIFICATION]

[G.] [IN"-[COMPLIANCE"-[WITH"-[the" TEXAS [APPELLATE] RULES] AND" PROCEDURE : [73.3] - [i" HEREBY" [CERTIFY"...[that"-[the"[No.]-of"-[WORDS]...iN"-this"-Styled"-[LEGAL ACTION] is" :[973].

[28 U.S.C. §1746] EXECUTED ON: 1-26-15

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[VI. CERTIFICATE OF SERVICE].

[H.]

[i"-[HEREBY"-[CERTIFY"...that"-[A]-[CORRECT] Copy]...of" the" FOREGOING"-[Styled"-[LEGAL]'[ACTION]...WAS"-[infact]"-[mailed"...To"-[the"-[opposing"-[party]...on"-[the"-[EXECUTED"-[day"[BELOW]"...[And"-[SUCH]...WAS"-[mailed"-[pre'PAID]-[first][class]":[POSTAGE]-[Via]-[U.S. CERTIFIED"-[MAIL].

[28 U.S.C. §1746] EXECUTED ON: 1-26-15

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367.

[[VII. COURT OF CRIMINAL APPEALS OF TEXAS].

[I.]

EX PARTE
ALLEN PENA
PETITIONER / PLAINTIFF:

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT:

[C.C.A] No.]:[WR-81,352-02]

[TRIAL][COURT][CAUSE No.] : [11-CR-3337-S [2].]

[ORDER].

[AFTER"-[ACKNOWLEDGING"...AND"-[FINDING"-[A] CONCLUSION]...of"-[multiple]-Violations"-[TO"[the"-[UNITED"-[STATES[CONSTITUTION] : AND"[To"[SAID" PLAINTIFF'S" [SUBSTANTIAL] RIGHTS]"-this"-[COURT"-[SO""":[ORDERS]"...SAID"-[MOTION]...To'BE"-:[GRANTED]"...WITH"-[AN]-[ADEQUATE]"-[MANDATE"-[RENDERING"-[THE" PETITIONER"...[APPOINTMENT]"...of" :[COUNSEL]-[for"...[FURTHER"-[APPELLATE"-[LITIGATIVE"-[PROCEEDINGS"""-[APPOINTMENT]"...of" :[COUNSEL]-[for"...[FURTHER"-[REMAND"...for"-[APPELLATE] PROCEEDINGS]...iN"-[the" [13TH] COURTS OF APPEALS.]

EXECUTED ON:
J.

[HONORABLE] JUDGE PRESIDING

CRIMINAL of COURT OF APPEALS OF TEXAS ; C.C.A. [No.] WR-81,352-02

[TRIAL COURT No.] 11-CR-3337-GT2

x parte

EN PENA

etitioner / plaintiff :

MOTION FOR AN ORDER RESPECTING RELEASE ENTERED

§

ORDER of "AUTHORITY : Fed. R. App. P. 9 ;

he State of TEXAS

efendant / Respondent :

[I. [GENUINE] MATERIAL" [FACT [ISSUES]. ] :

A.] THE" APPELLANT" WAS" [CHARGED] [with" [AN] [ALLEGED] [offense] of" [EVADING" ARREST" or [detention" [with" [A] [motor] [VEHICLE] [in [SAID" [TRIAL] COURT [ CAUSE [No.].

[SAID" [offense" [RESULTED" ...into" [A] ; [THIRD] DEGREE] FELONY" [INWHICH" [ENHANCED] [to A" [SECOND" [degree" [Felony" [upon" [the" JURORS" [of" [the" [TRIAL" [court" BEING" [ADVISED [of [A] [PRIOR [Felony] conviction].

[the" PETITIONER" [WAS" [SENTENCED" [to" ; [10-years] [imprisonment] [on" [may 15, [2012 .

B.] [the" [GENUINE" [material] FACTS"] SUPPORTING" [RELEASE] [ARE" [infact] [Actually" [BASED" [upon" [A] [CONTENTIAL" [LEGAL] BASIS" [AND" [SUCH] ... is" [SUPPORTING" [the" [FACT" [that" [the" [plaintiff" [HAS" [No [intentional" [REASON" [to" [VACATE" ; AND" or" [FLEE" [inWHICH" [merely" [LOGICALLY" [REFLECTS" [that" [the" APPELLANT" [will" [NOT" [pose" [A] [A] [THREAT" [AND" [or" [NOR" [will" [HE" [BE" [A] ... [DANGER" [to" [the" [Community" [AND" [SUCH] [is ... [LOGICALLY" [BASED" [upon" [the" [ACTUAL] [FACTS] [that" [the" PETITIONER [is" [infact] ; [ILLEGALLY] RESTRIANED / RESTRAINED] [AND" [thus" [REFLECTS" [the" [GENUINE] [FACT] ...that" [the" [conviction] ... is" [infact] [illegally" [violating" [Constitutional] [LAW] [AND" [thus" [REFLECTS ... [the" [mere" [obvious" [Apparent" [FACT" [that" [the" [conviction] ... is" [actually" [unfounded" [upon] [grounds" [that" [ARE" [unconstitutional] [inWHICH" [thus" [actually" [Constitutes" [AN [illegal] act / omission] ... [that" [is" [infact] [RESULTING" [into] [A] [SEVERE" ; [injury] [illegally" [oppressing" [the" [plaintiff's" ... [substantial] Rights] [AND" [SUCH] [violates] [PROHIBITED" [Governmental" [safe [Guards] [that" [REVolve" [AROUND" [federal] [PERSUASIVE" [precedent" [statutes" [Rules" , Codes" [AND" or" [procedures" ...

[AND" [thus" [LOGICALLY" [out] Lines] [the" [FACT] [the" [APPELLANT" [ACCENTUATES" [inWHICH" [is" [the" [Appellant" [is" [infact] [BEING" [WRONGFULLY" [illegally" [oppressed" [By" [unconstitutional] [illegal [omissions" [AND" [thus" [infact] ...is" [A] [VERY" [GENUINE] [Exceptional] circumstance] ... for" [the" [petitioner's" ; [RELEASE] :

[SEE ; [Pfaff v. WELLS , 648 F.2d 689, 693 [10th Cir. 1981];
[SEE ; [Dotson v. Clark , 900 F.2d 77, 80 [6th Cir. 1990];
[SEE ; [Dotson , 900 F.2d [At] 80.
[SEE ; [18 U.S.C.§ 3142, 3143, AND 3145 [C].

1.

[[II. DISCUSSION]];

[C.]: [Litigatively]"-[Analyzing]"-[litigative]"-[intellect]"-[it]"..is"-[apparen[t]
[on]"-[the"-[face"...of"-[the"[record]"-[of"..[the"[courts]"..[that"..[appellant's]
[injuries]"-[that]"-[[arose]-[from]".. [[illegal]omissions]/offenses]"..[are"-[infact]"..
[more]"...of"-[a]'-[threat]"..and"-[danger]"-[to".. [plaintiff's]-[substantial] rights] ...an[
[the"-[united states"[constitution] ...
    [than"-[the"-[petitioner]"[being"-[a]"..[dangerously"-[threat]"..[to"..[the"
[community]"-[who"-[was"..[not"-..[harmed] ..[by"..[illegal] omissions]"..[such]"-[as"
[the"-[appellant"-[was"..[and]"-[thus"-[simply"-[logically"-[constitutes]"..[that"-[the"
[plaintiff"-[poses"-[absolutely"-[no"-[threat] ; and"-[or"-[danger"-[to"..[the"
                                                                         [community].

[D.]    [I]        [community]
    [it" is"-[logically"-[apparent"-], that"-[the"-[courts]"-[do"-[infact"-[inherent"-[the"
[power]"-[to"-[release]"-[a]"-[state[prisoner]"-[on"-[bond]"..[pending"-[a]"[decision]"
[is"-[exercised]"-[very"-[sparingly]"...[and"-[although"-[power"-[of"-[release]...
    [it"-[would"-[infact"-[be"-[very"-[unconstitional]-[for"-[said"-[court, and"-[or"
[any"-[court"-[to"-[render"-[a]-[decision]"..[denying"-[release]"..[and"-[thus"
[infact]"-[logically"-[reflects"-[a]"-[deliberate] indifference]"...indealing"-[with" said"
[cause]no.]...[being"-[that"-[such]-[illegal]omissions]"..[are"-[infact"-[on"-[the"
[face"-[of"..[the"[record]"-[and"-[thus"..is"-[debateable"-[amons"..[reasonable]jurors]"
[and"-[thus"-[such]"-[a]"-denial"...of"..[release] ..[should]" not"-[even"-[be' [considere[
[and"-[such]"-is"-[being"-[that"-[circumstances"...are"-[infact]...reflecting"-[an] ;
    [once"..[the"..[plaintiff"-[is"-[rendered]"-[a]"-[litigative]"..proceeding"..[to"-
[acquittal]"..
[contend]"..[these"; 

SEE:[28 U.S.C.§2254.[d].              [illegal]omissions]
SEE:[slack v. mcDaniel; 529 U.S. 473, 484 [2000].
SEE:[slack ; 529 U.S. [at] 484.
SEE:[houser v. dretke; 395 F.3d 560, 562 [5th cir.2004].

                [[III. [sufficient] grounds"-for"[relief]]]
[by"-[adequate]-[litigative"-[strategy"-[the" plaintiff"-[adequately"-[realleges"..and"-
[incorporates"-[by"-[reference";
[petitioner's"; [I.C.A.]claim]..of"[appeal]-[concerning"-[said" [C.C.A.]No.]. [the"
[plaintiff"-[has"-[infact]-[executed"-;[the"-[bylaw]provisions]"]-under'-[strickland]"
[petitioner's"[motion for"[relief]-[concerning";said" [C.C.A.]No.]
                                2.

[SEE; [CERTIFICATE[ of" [APPEALABILITY] -[CONCERNING"' -[SAID" [C.C.A.[No.].

[ACCORDINGLY"' -[THE"' PETITIONER"'' -[HAS"' -[INFACT] -[EXECUTED" ...[THE" -[GROUND"... of"; [INEFFECTIVE]COUNSEL] ...of"; [APPEAL]" -[UNDER"' [THE"[BYLAW]" -[PROVISIONS]-[GOVERNING"' -STRICKLAND" ]... AND" -[THE"'-

[DEFENDANTS"' -[DO[NOT] -[CONTEND" ]'' --

[THE" PETITIONER'S"'[I.C.A.]CLAIM] ...of"; [APPEAL] ...AND" -[THUS"' .[FEDERAL]'-[CONSTITUTIONAL]"' -[STATUTES"; [RULES"; [PROCEDURES"' -[AND"' -[LITIGATIVE"' -[PERSUASIVE"... [PRECEDENT"'' ...

[RENDERS"' --[AN]-[ORDER" ...[MANDATING"' -[HABEAS]RELIEF]" - AND" -[SUCH]" -[RELIEF-[WILL"'...[MERELY"' -[SUSTAIN]" -[AND" -[REMEDIE" ...[THE"[UNITED"' STATES"' [CONSTITUTION]", AND" [SAID"... [PLAINTIFF'S"' -; [SUBSTANTIAL]RIGHTS] ...THAT"' -[WERE"' -[INFACT] ;[INJURED] ...[BY"' -[THESE"' -[ILLEGAL]OMISSIONS].

## [IV. CONCLUSION AND PRAYER ]:

[F.]; [THE"'[PETITIONER"' -[SIMPLY"' -[REQUEST"' ...[AND" -[PRAYERS] ...THAT", [SAID"'[COURT"' -[WILL"'-; [GRANT] ...SAID"' -[STYLED"' -[LEGAL]MOTION]" ; [AND"' -[SUCH]" -[SHOULD' BE"' -[DUE"' ...[TO"; [THE"'... [ILLEGAL]OMISSIONS] ...REVOLVING' AROUND"' -[SAID"'[CAUSE]NO.] ...[THAT"' -[ARE"' -[WRONGFULLY"' -[OPPRESSING"'' -[THE"' -[UNITED"' STATES"'[CONSTITUTION].

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No.1790277
PETITIONER; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C.§1746]EXECUTED ON: 1-26-15.

## [V. AFFIRMATION UNDER OATH]:

[G.]; [ I" HEREBY"' -[AFFIRM"' -[UNDER"' -[PENALTY"' of"; [PERJURY]" -[FOR"' ...[All"'...of"'-[THE"'-FOREGOING"' [TO"' BE'...[TRUE] ...AND"'[CORRECT].

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No.1790277
PETITIONER; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK; TEXAS 76367

[28 U.S.C.§1746]EXECUTED ON: 1-26-15

## [VI. CERTIFICATION]:

[H]; [IN"' -[COMPLIANCE"'' -[WITH"' ...THE"' 5TH CIRCUIT-[APPELLATE]RULES] ...AND" PROCEDURES"; [32.[A] [7] ...[I"[HEREBY"' -[CERTIFY"' ...THAT"' -[THE"' -[NO.]" -of"'-[WORDS] ...IN"'-[THIS"' -[LEGAL]ACTION]"' -[IS"'; 821.

RESPECTFULLY SUBMITTED

ALLEN PENA
T.J.C.J. No.1790277
PETITIONER; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK; TEXAS 76367

[28 U.S.C.§1746]EXECUTED ON: 1-26-15

3.

[V.] CERTIFICATE OF SERVICE ];

[T.];
[I'"-[HEREBY"-[CERTIFY"...[that"-[A]'"-[CORRECT]Copy] ---of'"-[the"[foregoing"-[styled"
[LEGAL]ACTION]...WAS'"-[infact]-[mailed'"...To'-[the"-[opposing" party"-[on" [the" EXECUTED"-
[day"-[BELOW]"...[AND]-[SUCH]...WAS"[mailed"-[PRE-paid"-[first'[CLASS]; [postage]...
[via]'... u.S. CERTIFIED MAIL.

[28 u.s.C.§1746]EXECUTED ON: 1-26-15.

RESPECTFULLY SUBMITTED
ALLEN PENA
T.d.C.J. No. 1790277
PETITIONER, PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[T.];
[V.]  CRIMINAL COURT OF APPEALS
of TEXAS.

[J.];
EXPARTE
ALLEN PENA
PETITIONER / PLAINTIFF;

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT;

[APPELLATE] No.;
[APPEALING;
[C.C.A.]No.]; [WR-81,352-02];
[TRIAL]COURT] CAUSE No.]; [11-CR-3337-& [23.];

[ORDER ];

[AFTER"-[ACKNOWLEDGING"...AND'"-[FINDING"-[A]CONCLUSION]'"...of'"-[multiple"
[illegal]-[PROHIBITED]-[VIOLATIONS]'"...To'" [the"[United" STATES"[Constitution]...AND"-[To", SAID"-
[PLAINTIFF'S'"-[SUBSTANTIAL]RIGHTS]"...[this'"-[Court"-[must'"-[ACKNOWLEDGE'"-[it's";
[GOVERNMENTAL]OBLIGATION]...
[GRANTED]'"...[AND]'"- in'"-[doing"-[SUCH]"...SAID'" [Court'"-[ORDERS'"-[SAID"-[motion]'"...[To" BE';
[With'"-[AN'"-[ADEQUATE"-[mandate'"-[RENDERING'"--[the" petitioner'"...
[APPOINTMENT"-[of" COUNSEL'"...[foR"-[further"-[APPELLATE]-[LITIGATIVE]-[PROCEEDINGS]'".

EXECUTED ON;
4.

[HONORABLE] JUDGE PRESIDING.